IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

*Denied*
*Susan J. Dlott*
*1/19/12*

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs | ) | Case No. 1:05CR11 |
| DONALD POWERS | ) | |
| | ) | |

ORDER TERMINATING SUPERVISED RELEASE

The above named defendant commenced a three year term of Supervised Release on February 1, 2008. His term is scheduled to expire on February 1, 2013. Based on the recommendation of the U.S. Probation Officer and for good cause shown, it is hereby ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this _____ day of _____, 2012

_____
The Honorable Susan J. Dlott
Chief United States District Judge